UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RONALD DWAYNE WHITFIELD, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | MISC. ACTION NO. C-06-00094 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO
DENY LEAVE TO FILE A PETITION FOR WRIT OF HABEAS CORPUS**

On November 3, 2006, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner's motion to file a petition for writ of habeas corpus (D.E. 1) be denied. A copy of the Memorandum and Recommendation was mailed to petitioner with a card to be returned indicating his receipt of the mailing. The card has not been returned by petitioner nor has the mailing been returned by the U.S. Post Office as undeliverable. Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that petitioner's motion to file a petition for writ of habeas corpus is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 29th day of January, 2007.

_____
Janis Graham Jack
United States District Judge